THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Brandon L. Ray, Appellant.
 
 
 
 
 

Appeal From Marlboro County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2010-UP-089
 Submitted January 4, 2010  Filed February
3, 2010    

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Defender Robert
 Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Donald J. Zelenka, all of Columbia; and Solicitor Jay  Hodge, Jr., of Cheraw;
 for Respondent.
 
 
 

PER CURIAM: Brandon Ray appeals his convictions for
 voluntary manslaughter and possession of a weapon during the commission of a
 violent crime.  He argues the trial court erred in allowing the State to
 introduce a statement his co-defendant made to police.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
SHORT, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.